**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| NIKCI BOYD, | ) | Case No. 2:13-cv-01849-APG-PAL |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | (IFP App - Dkt. #1) |
| | ) | (Mtn for Transfer - Dkt. #2) |
| PUBLIC DEFENDER OFFICE, | ) | (Mtn for Transport - Dkt. #3) |
| | ) | |
| Defendant. | ) | |

  This matter is before the court on Plaintiff Nikci Boyd's Application to Proceed In Forma Pauperis (Dkt. #1). The court has considered the Application.

  At the time Plaintiff filed her Application, she was incarcerated at the Clark County Detention Center. However, she filed an Application for unincarcerated persons, and she has not included the financial information and affidavit required by 28 U.S.C. § 1915(a)(2). That section provides that a prisoner who files a civil action without prepayment of fees or security therefor, shall submit a certified copy of the trust fund account statement for his or her account for the six month period immediately preceding the filing of the civil action. *Id.* In addition, Plaintiff has not submitted the financial affidavit certified by the prison required by 28 U.S.C. § 1915(a)(1). Accordingly, the court will deny Plaintiff's Application to Proceed In Forma Pauperis without prejudice.

  Plaintiff's pending Motions (Dkt. ##2, 3) are denied as unintelligible. The court cannot determine what she wants to have transferred to this court and what possible jurisdiction this court has over unspecified claims or actions that may or may not be pending elsewhere. Plaintiff has not yet complied with the in forma pauperis statue, and her complaint has therefore not yet been screened.

  Having reviewed and considered the matter,

///

///

**IT IS ORDERED:**

1. Plaintiff's Application to Proceed In Forma Pauperis (Dkt. #1) is DENIED WITHOUT PREJUDICE.
2. The Clerk of Court shall mail Plaintiff a blank application to proceed in forma pauperis, and Plaintiff shall have until **April 28, 2013,** in which to file a properly completed application, financial affidavit, and certified inmate trust account statement.
3. Failure to comply with this Order may result in a recommendation to the district judge that this case be dismissed.
4. Plaintiff's Motion for Transfer (Dkt. #2) and Motion for Transport (Dkt. #3) are DENIED.

Dated this 31st day of March, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE