**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| NIKCI BOYD, | Case No. 2:13-CV-01849-APG-PAL |
| Plaintiff, | |
| v. | **ORDER** |
| PUBLIC DEFENDER OFFICE, | (Dkt. #9, #10) |
| Defendant. | |

On September 17, 2014, Magistrate Judge Leen entered a Report & Recommendation (Dkt. #10) recommending I deny Plaintiff's Application to Proceed In Forma Pauperis (Dkt. #9) and dismiss this case for lack of subject matter jurisdiction. No objection has been filed. I nevertheless conducted a de novo review of the issues set forth in the Report & Recommendation. Judge Leen's Report & Recommendation sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that the Report & Recommendation (Dkt. #10) is accepted, Plaintiff's Application to Proceed In Forma Pauperis (Dkt. #9) is DENIED, and Plaintiff's Complaint is DISMISSED for lack of subject matter jurisdiction.

DATED this 20th day of January, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE